[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

**RECEIVED**

**JUN 17 2022**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EDTJWOWSMART
Special Administrator of Estate
of Edward Smart, Deceased

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

22cv50211
Judge Philip G. Reinhard
Magistrate Judge Lisa A. Jensen

vs.                          Case N
                             (To be supplied by the Clerk of this Court)

DAmcore Investment Group
N.A., as Guardian
2) Attorney at Law
Kevin S. Frost,
Clark, Sustan, Zuch; & Frost, LTD

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**     ~~AMENDED COMPLAINT~~

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.	Plaintiff(s):**

A.	Name: Edtwon Smart

B.	List all aliases: N/A

C.	Prisoner identification number: N/A

D.	Place of present confinement: N/A

E.	Address: 2069 Anjali Way Machesney Park IL 61115

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.	Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.	Defendant: Amcore Investment Group
	Title: Financial Investment Group
	Place of Employment: 501 7th Street, Rockford, IL 61104

B.	Defendant: Attorney At Law Kevin S. Frost #4403
	Title: Attorney At Law
	Place of Employment: 7320, North Alpine Road RL7D IL, 61111

C.	Defendant: _____
	Title: _____
	Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _6/18/2020_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Edtwoo Smart, Guardian of Special administrator of the Estate of Edward Smart, deceased._

D. List all defendants: _D. AMCORE Investment Group 2. Law Firm Keoso S. Frost #4403, Clark, Justen, Zucchi, And Frost, Ltd._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _400 West State St, Winnebago County 17th Judicial Court._

F. Name of judge to whom case was assigned: _Judge Pinnello May 5, 2009 Judgment Order_

G. Basic claim made: _Wrong full death, Judgment Order_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Judgment Order, settlem Agreement See Attachment of Order May 5, 2009_

I. Approximate date of disposition: _May 5, 2009_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Edtwon Smart, as guarding of Edward Smart, a minor, and Special Administor of the Estate of Edward Smart, Deceased Father seek Summary Judgment against Amcore Investment Group, failure for payment, and uphold final Judgement Order, by 17th Judicial Circuit Court Retired Judge Honorable Ronald L. Pirrello see Attachment of Order, plus Interest for each year's due to Edtwon Smart to all biolocial children's of Estate Rodney Love D.O.B 2/22/1961, and Darack Smart, M D.O.B 11/30/1964

4     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:22-cv-50211 Document #: 1 Filed: 06/17/22 Page 5 of 11 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, Plaintiff guardian of Estate of Edward Smart Edtwon Smart now a Adult, son, Max Seeking rights to Estate of Judgment of Deceased Father Edward Smart From: Amcore Investment Group

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 17, 20 22

___Edtwon Smart Edtoon Smart___
(Signature of plaintiff or plaintiffs)

___Edtwon Smart___
(Print name)

_____
(I.D. Number)

___2009 Anjali Way Machesney Park IL 61115___
(Address)



cyberdriveillinois.com is now ilsos.gov

Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 57076429 |
| Entity Name | AMCORE INVESTMENT BANKING, INC. |
| Status | DISSOLVED |

Voluntary Dissolution on Wednesday, 19 April 2000

**Entity Information**

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Wednesday, 25 November 1992

State
ILLINOIS

Duration Date
PERPETUAL

**Agent Information**

Name
FRANK P MAGGIO

Address
501 7TH ST STE 501
ROCKFORD, IL 61104

Change Date
Wednesday, 25 November 1992

## Annual Report

Filing Date
Monday, 15 November 1999

For Year
1999

## Officers

President
Name & Address
JAMES S WARSAW 501 SEVENTH STREET ROCKFORD 61104

Return to Search

Reinstate your Dissolved Corporation



cyberdriveillinois.com is now ilsos.gov

Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 57076429 |
| Entity Name | AMCORE INVESTMENT BANKING, INC. |
| Status | |
| DISSOLVED | |

Voluntary Dissolution on Wednesday, 19 April 2000

### Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Wednesday, 25 November 1992

State
ILLINOIS

Duration Date
PERPETUAL

### Agent Information

Name
FRANK P MAGGIO

Address
501 7TH ST STE 501
ROCKFORD, IL 61104

Change Date
Wednesday, 25 November 1992

## Annual Report

Filing Date
Monday, 15 November 1999

For Year
1999

## Officers

President
Name & Address
JAMES S WARSAW 501 SEVENTH STREET ROCKFORD 61104

Return to Search

Reinstate your Dissolved Corporation

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.      Fri Jun 17 2022

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| AMCORE INVESTMENT GROUP, N A , as Guardian of EDTWON SMART, a minor, and Special Administrator of the Estate of EDWARD SMART, Deceased,<br><br>Plaintiff,<br><br>vs<br><br>AMBERWOOD NURSING & REHAB CENTER, LLC, an Illinois corporation,<br><br>Defendant | No 08 L 241 |

RECEIVED APR 3 0 2009

FILED
Date 5, 5, 09
Thomas A Klein
Clerk of the Circuit Court
By_____ Deputy
Winnebago County, IL

## JUDGMENT ORDER

THIS MATTER coming on for prove-up on the Default Judgment Order entered by this Court on February 12, 2009, the Court having heard the evidence and arguments of the Plaintiff, AMCORE INVESTMENT GROUP, N A , as Guardian of EDTWON SMART, a minor, and Special Administrator of the Estate of EDWARD SMART, Deceased, being fully advised in the premises and having jurisdiction of the subject matter and the parties hereto

IT IS HEREBY ORDERED as follows

1  That Judgment shall be and is hereby entered in favor of the Plaintiff, EDTWON SMART, a minor, and Special Administrator of the Estate of EDWARD SMART, Deceased, and against the Defendant, AMBERWOOD NURSING & REHAB CENTER, LLC, an Illinois corporation, in the total amount of $853,495 70, plus costs, itemized as follows

a,  As to Count I – Illinois Wrongful Death Act  $500,000 00,

b. As to Count II – Illinois Nursing Home Care Act  $250,000.00

c. Count III – Illinois Family Expense Statute - $3,495.70

d. Count IV – Illinois Survival Statute - $100,000.00

Dated this 5 day of May, 2009

ENTER _____
Judge Pirrello

Prepared by

_____
Kevin J. Frost, # 4403
Clark, Justen, Zucchi & Frost, Ltd
7320 N. Alpine Rd
Rockford, IL 61111



I hereby certify that this document is a true, perfect and complete copy of the original on file in my office.

_____
Clerk of the Circuit Court
Winnebago County, Illinois

By _____
Deputy Clerk

Date 6-16-22